# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1430**
**CAF 12-00080**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, WHALEN, AND MARTOCHE, JJ.

---

IN THE MATTER OF ANDREA J. BALL,
PETITIONER-RESPONDENT,

V                                                    ORDER

SCOTT D. MARSHALL, RESPONDENT-APPELLANT.
(APPEAL NO. 1.)

---

DAVIS LAW OFFICE, OSWEGO (STEPHANIE N. DAVIS OF COUNSEL), FOR
RESPONDENT-APPELLANT.

-----------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Oswego County (Donald
E. Todd, J.), entered December 29, 2011 in a proceeding pursuant to
Family Court Act article 4.  The order, inter alia, confirmed the
determination of the Support Magistrate that respondent had willfully
violated an order of child support.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051).

Entered:  February 8, 2013                    Frances E. Cafarell
                                              Clerk of the Court